UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JASON BARRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. 17-cv-06394-LB<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 23 |

On June 26, 2018, the parties stipulated, and the court ordered, that plaintiff Jason Barry would have until July 27, 2018 to file his motion for summary judgment.[1] Mr. Barry did not file a motion by July 27. The court extends the deadline to August 10, 2018, and directs Mr. Barry to file his motion by then or show good cause why he has not filed. The court cautions Mr. Barry that if he fails to timely file a motion or show good cause, the court may dismiss his case without further notice for his failure to prosecute it.

**IT IS SO ORDERED.**

Dated: August 7, 2018

　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] ECF No. 21. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 17-cv-06394-LB